**MILSTEIN ADELMAN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, Esq. (SBN 229124)
gwade@majfw.com
Sara D. Avila, Esq. (SBN 263213)
savila@majfw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635

**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam, Esq.
rpulliam@cbplaw.com
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiff ARCARE d/b/a Parkin Drug Store*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCARE d/b/a PARKIN DRUG STORE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPACK PHARMACY SUPPLY, INC.,<br><br>Defendants | Case No. 2:16-cv-02805-ODW-KS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff ARCARE d/b/a PARKIN DRUG STORE ("Plaintiff") submits this voluntary dismissal without prejudice of its individual claims against Defendant SUNPACK PHARMACY SUPPLY, INC. ("Defendant"). Defendant has not served an answer or a motion for summary judgment. Each party shall bear its own costs and attorneys' fees.

Dated:  June 2, 2016

**MILSTEIN ADELMAN JACKSON FAIRCHILD & WADE, LLP**

By: */s/Gillian L. Wade*
Gillian L. Wade
Sara D. Avila

Randall K. Pulliam, Esq.
**CARNEY BATES & PULLIAM, PLLC**

*Attorneys for Plaintiff*

---

1

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(i)**

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2016, I electronically filed the foregoing **Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to FRCP Rule 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record. I mailed this document and the notice of electronic filing to:

Arash Beral, Esq.
**FREEMAN FREEMAN & SMILEY, LLP**
1888 Century Park East
Suite 1900
Los Angeles, CA 90067

/s/*Gillian L. Wade*
Gillian L. Wade, Esq.